UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA A, DEAGLE,
    Plaintiff,

    V.                                    CIVIL ACTION NO. 11-10278-NG

EEOC, ET AL.,
    Defendants.

## MEMORANDUM AND ORDER FOR DISMISSAL

GERTNER, D.J.

On February 11, 2011, Plaintiff Debra A. Deagle ("Deagle") filed a self-prepared Complaint against the Equal Employment Opportunity Commission ("EEOC") and two individuals, Jacqueline Harris and Tom Curran, both employees of the Executive Office of Health and Human Services ("EOHHS") in Boston, Massachusetts.

On March 2, 2011, this Court issued a Memorandum and Order (Docket No. 5) directing Deagle to demonstrate good cause within 35 days why this action should not be dismissed for the reasons stated therein. In brief, the Court noted the apparent lack of jurisdiction over her claims, as well as the failure to state plausible claims in accordance with Rule 8 of the Federal Rules of Civil Procedure.

To date, Deagle has failed to file a response to the Memorandum and Order as directed, and the time period for doing so has lapsed.

Accordingly, for the reasons set forth in the Memorandum and Order (Docket No. 5), and for the failure of Deagle to comply with the directives of this Court, it is hereby Ordered that the above-captioned matter is <u>DISMISSED</u> in its entirety.

A separate Order for Dismissal shall enter.

SO ORDERED.

/s/ Nancy Gertner
NANCY GERTNER
UNITED STATES DISTRICT JUDGE

DATED: April 19, 2011